```
            IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON
```

ELRIC V. SHELBY,                                    CV. 06-1006-HU

        Petitioner,                                     ORDER
  v.

BRIAN BELLEQUE,

        Respondent.

HAGGERTY, Judge

    Petitioner's motion for voluntary dismissal (#18) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 16th day of February, 2007.

                                            /s/ Ancer L. Haggerty
                                            Ancer L. Haggerty
                                            United States District Judge

1 -- ORDER